# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

144541(18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

SC: 144541
COA: 307301
Wayne CC: 92-005564-01-FC

JAMES PENNY,
  Defendant-Appellant.

_____/

  On order of the Court, the motion for reconsideration of this Court's September 4, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012

_____
Clerk

h1015